UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TONY BRUCE PRICE,

    Plaintiff,

  v.

ERIC WESTON,

    Defendant.

Case No. C07-873RSL

ORDER TO SHOW CAUSE

On August 28, 2007, this Court issued an Order Granting Motion for Extension of Time to file Objections to the Report and Recommendation, docket #9, in the above-captioned matter. The Order was mailed to plaintiff, but was returned unopened on September 10, 2007, as plaintiff apparently no longer resides at the address on file with the Court.

The Clerk of Court is directed to strike the Report and Recommendation from the Court's motion calendar and to note a "Rule 41 dismissal proceeding" on the calendar for November 16, 2007. If plaintiff fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Rule 41(b)(2).

DATED this 17th day of September, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge