UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| TONY BRUCE PRICE, | ) | CASE NO.: C07-0873-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DENYING PLAINTIFF'S *IN* |
| | ) | *FORMA PAUPERIS* APPLICATION |
| ERIC WESTON, | ) | AND DISMISSING CASE |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court, having reviewed plaintiff's *in forma pauperis* application and § 1983 civil rights complaint, plaintiff's response to the Court's Order to Show Cause, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff's *in forma pauperis* application is DENIED and plaintiff's complaint and this action are DISMISSED, with prejudice; and,

(3)     The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 7th day of January, 2008.

*Mark S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING PLAINTIFF'S *IN FORMA
PAUPERIS* APPLICATION AND DISMISSING CASE
PAGE -1